# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| SAMUEL I. COX,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF DEPARTMENT OF HUMAN SERVICES, Jane Doe/John Doe; SARA KULAS, Jane/John Doe— DEPARTMENT OF HUMAN SERVICES MAILROOM SUPERVISOR; Jane/John Doe, MAILROOM EMPLOYEE(S); and PHIL OLSON, 1C Unit Director, sued in their individual and official capacities,<br><br>Defendants. | Civil No. 24-1683 (JRT/DLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Samuel I. Cox, 1111 Hwy 73, Moose Lake, MN 55767, *pro se* plaintiff.

United States Magistrate Judge Douglas L. Micko issued the Report and Recommendation on July 31, 2024. (ECF No. 6.) No objections have been filed to that R&R in the time permitted.

Based on the R&R of the Magistrate Judge, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The July 31, 2024 Report and Recommendation (ECF No. 6) is **ADOPTED**;

2. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: September 5, 2024                              _____s/John R. Tunheim_____
at Minneapolis, Minnesota.                                      JOHN R. TUNHEIM
                                                             United States District Judge